| | |
|---|---|
| 1 | **KIRK GUINN 015448** |
| 2 | **GUINN LAW GROUP** |
|   | **3707 E. SOUTHERN AVE., STE. 1070** |
| 3 | **MESA, AZ 85206** |
|   | **(480) 246-8170** |
| 4 | kirk@guinnlawgroup.com |
|   | Attorney for Debtors/Plaintiffs |

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Adversary No. 2:13-ap-00391-SSC |
| **ALLAN ESTUARDO ESTEVEZ,** | Admin Case No. 2:12-bk-08442-SSC |
| **SHERENE LOREAL ESTEVEZ,** | |
| Debtor(s). | CERTIFICATE OF SERVICE |
|  | OF SUMMONS AND OF COMPLAINT |
|  | PURSUANT TO 11 U.S.C. 506(a) AND |
| **ALLAN ESTUARDO ESTEVEZ,** | BANKRUPTCY RULE 3012 TO |
| **SHERENE LOREAL ESTEVEZ,** | DETERMINE SECURED VALUE OF REAL |
| Plaintiff(s), | PROPERTY AND TO RECLASSIFY |
|  | PROSPECTIVE CLAIM OF |
| vs. | WELLS FARGO BANK, N.A. AND GE |
|  | MONEY BANK BY GREEN TREE |
| **WELLS FARGO BANK, N.A., its successors-in-interest and/or assigns, and** | SERVICING LLC |
| **GE MONEY BANK BY GREEN TREE SERVICING LLC, its successors-in-interest and/or assigns,** | (11 U.S.C. 506(A); Rule 3012, Fed.R.Bankr.P.) |
| Defendant. | ( Claim No. 5 / Claim No. 7) |

I, Kirk Guinn, counsel for Plaintiff(s)/Debtor(s) in the above-encaptioned matter, do hereby certify that service of the Summons issued April 3, 2013 and Plaintiffs'/Debtors': April 1, 2013, COMPLAINT PURSUANT TO 11 U.S.C. 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE SECURED VALUE OF REAL PROPERTY AND TO RECLASSIFY PROSPECTIVE CLAIM OF WELLS FARGO BANK, N.A. AND GE

1

MONEY BANK BY GREEN TREE SERVICING LLC was made on April 9, 2013, pursuant to Bankruptcy Rule 7004(b) and 7004(h), Fed.R.Bankr.P., upon the following parties:

VIA CERTIFIED MAIL:

John Stumpf
President/CEO
Wells Fargo Bank, N.A.
101 N Phillips Ave
Sioux Falls, SD 57104

Corporation Service Company
2338 W Royal Palm RD, Suite J
Phoenix AZ 85021
Statutory Agent – Wells Fargo Bank, N.A.

Margaret Keane
CEO/President
GE Money Bank/
GE Capital Retail Bank
170 West Election Road
Suite 125
Draper UT 84020

Keith Anderson
President
Green Tree Servicing, LLC
345 St. Peter Street
St. Paul, MN 55102

CT Corporation System
2390 E Camelback Road
Phoenix, AZ 85016
Statutory Agent for Green Tree Servicing, LLC

Michael A. Neal
CEO/President
General Electric Capital Corp
901 Main Ave.
Norwalk, CT 06851

1. CT Corporation System
2. 2394 E Camelback Rd
   Phoenix, AZ 85016
3. Statutory Agent – General Electric Capital Corporation

4.
   VIA FIRST CLASS MAIL
5.

6. Russell Brown
   Chapter 13 Trustee, Suite 800
7. 3838 N Central Ave
   Phoenix, AZ 85012-1965
8.
   U.S. Trustee
9. Office Of The U.S. Trustee
   230 N First Avenue, Suite 204
10. Phoenix, AZ 85003

11.

12.     Respectfully submitted this 9th day of April, 2013.

13.
                                    **GUINN LAW GROUP**
14.
                                    By /s/ Kirk Guinn
15.                                 Attorney(s) for Debtor(s)